# LA REDDOLA LESTER
## & ASSOCIATES, LLP
### ATTORNEYS AT LAW

600 Old Country Road, Suite 230, Garden City, NY 11530
Tel: 516-357-0056  Fax: 516-357-0069
www.llalawfirm.com

Steven M. Lester
Robert J. La Reddola

rjl@llalawfirm.com

NYC Office (by appointment only):
46 Trinity Place, #1, New York, New York 10006
(646) 415-8171

Nicole A. Wolfer
(Pending Admission)

May 27, 2022

*Via ECF*

Hon. James M. Wicks
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    **Re:**    *Henry v. County of Nassau, et al.,*
              **Case No. 2: 17-CV-6545 (DRH)(AKT) (E.D.N.Y.) and**

              *Fusco v. County of Nassau, et al.,*
              **Case No. 2: 19-CV-04771 (DRH)(JMW) (E.D.N.Y.)**

Dear Magistrate Judge Wicks:

    We represent the Plaintiffs, Lambert Henry and Peter Fusco in the above-referenced actions. We respectfully request an adjournment of the status conference, currently scheduled for Wednesday, June 1, 2022 at 10:30AM. The adjournment is based upon a medical appointment scheduled for the same date, which I must attend. Defendants' counsel consents to an adjournment. No previous adjournment request has been made in this matter. Both parties are available subject to the court's availability at 4:00PM to 5:30PM.

                                        Very truly yours,

                                        By:    */s/ Robert J. La Reddola*
                                           Robert J. La Reddola, Esq.
                                           *Attorneys for Plaintiffs, Henry & Fusco*
                                           600 Old Country Road, Suite 230
                                           Garden City, New York 11530
                                           T: (516) 745-1951