

# LA REDDOLA LESTER
## & ASSOCIATES, LLP
### ATTORNEYS AT LAW

600 Old Country Road, Suite 230, Garden City, NY 11530
Tel: 516-357-0056  Fax: 516-357-0069
www.llalawfirm.com

rjl@llalawfirm.com

Steven M. Lester
Robert J. La Reddola

NYC Office (by appointment only):
46 Trinity Place, #1, New York, New York 10006
(646) 415-8171

March 17, 2023

*Via ECF*

Hon. James M. Wicks
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

  Re: *Henry v. County of Nassau, et al.,*
     Case No. 2: 17-CV-6545 (DRH) (AKT) (E.D.N.Y.) and

     *Fusco v. County of Nassau, et al.,*
     Case No. 2: 19-CV-04771 (DRH) (JMW) (E.D.N.Y.)

### APPLICATION FOR ADJOURNMENT

Dear Magistrate Judge Wicks:

  We represent the Plaintiffs, Lambert Henry and Peter Fusco in the above-referenced actions. Mr. Reissman and I have reached an agreement in principal. We are drafting settlement documents and respectfully request that the appearance on Tuesday, April 11, 2023 be adjourned for two weeks so that we may finalize the settlement.

  If there are any questions, please do not hesitate to contact the undersigned below.

                Respectfully submitted,

                Robert J. La Reddola

RJL:aj