**BRUCE A. BLAKEMAN**
County Executive



**THOMAS A. ADAMS**
County Attorney

## COUNTY OF NASSAU
## OFFICE OF THE COUNTY ATTORNEY

March 31, 2023

Via ECF
Hon. James M. Wicks
United States District Court
100 Federal Plaza
Central Islip, New York 11722

      Re:    *Henry v. County of Nassau, et al.,*
              Case No. 17-CV-6545 (GRB)(JMW) and
              *Fusco v. County of Nassau, et al.,*
              Case No. 19-CV-04771 (ERK)(JMW)

Dear Magistrate Judge Wicks:

      This office represents defendants in the two above-referenced actions. The purpose of this letter is to respectfully request, with the consent of plaintiff's counsel, that the in-person settlement conference scheduled Monday, April 10, 2023 at 11:00 a.m. be converted to a Zoom or telephone conference. The parties have reached a settlement in principle in both actions and are circulating written settlement agreements. After the agreements are signed, the settlements must be presented to the Nassau County Legislature for final approval.

      The parties therefore respectfully request that the in-person settlement conference scheduled Monday, April 10, 2023 at 11:00 be converted to a Zoom or telephone conference.

      As always, the parties thank Your Honor for your attention and consideration in this matter.

      Respectfully submitted,

      /s/ Ralph J. Reissman
      RALPH J. REISSMAN

cc: (Via ECF) Robert La Reddola, Esq.
    Attorney for Plaintiffs

**ONE WEST STREET – MINEOLA, NEW YORK 11501-4820**
516-571-3056, FAX 516-571-6684, 6604