**BRUCE A. BLAKEMAN**
County Executive



**THOMAS A. ADAMS**
County Attorney

# COUNTY OF NASSAU
## OFFICE OF THE COUNTY ATTORNEY

May 8, 2023

<u>Via ECF</u>
Hon. James M. Wicks
United States District Court
100 Federal Plaza
Central Islip, New York 11722

    Re:   *Henry v. County of Nassau, et al.,*
           Case No. 17-CV-6545 (GRB)(JMW) and
           *Fusco v. County of Nassau, et al.,*
           Case No. 19-CV-04771 (ERK)(JMW)

Your Honor:

    This office represents defendants in the two above-referenced actions. The purpose of this letter is to inform the Court and plaintiffs' counsel that the two proposed settlements were not included in today's Nassau County Legislature Committee agenda, and so could not be voted upon. The next Legislative Committee agenda will be held June 12, 2023, at which time I fully anticipate that both cases will be included in the June agenda.

    As always, defendants thank Your Honor for your attention in this matter.

                                                              Respectfully submitted,

                                                            /s/ Ralph J. Reissman
                                                            RALPH J. REISSMAN

cc: (Via ECF) Robert La Reddola, Esq.
     Attorney for Plaintiffs