BRUCE A. BLAKEMAN  
County Executive



THOMAS A. ADAMS  
County Attorney

## COUNTY OF NASSAU
## OFFICE OF THE COUNTY ATTORNEY

June 13, 2023

<u>Via ECF</u>  
Hon. James M. Wicks  
United States District Court  
100 Federal Plaza  
Central Islip, New York 11722

    Re:    *Henry v. County of Nassau, et al.,*  
            Case No. 17-CV-6545 (GRB)(JMW) and  
            *Fusco v. County of Nassau, et al.,*  
            <u>Case No. 19-CV-04771 (ERK)(JMW)</u>

Your Honor:

    This office represents defendants in the two above-referenced actions. The purpose of this letter is to inform the Court and plaintiffs' counsel that the two proposed settlements were included in the Legislature's calendar yesterday and were approved by the Finance and Rules Committees. The next step will be for me to present the settlements to the full Legislature on June 26, 2023. I will inform the Court as to the results of the June 26, 2023 full Legislature's meeting shortly after June 26, 2023.

    As always, defendants thank Your Honor for your attention in this matter.

                                                     Respectfully submitted,

                                                     /s/ Ralph J. Reissman  
                                                     RALPH J. REISSMAN

cc: (Via ECF) Robert La Reddola, Esq.  
     Attorney for Plaintiffs