**BRUCE A. BLAKEMAN**
**County Executive**



**THOMAS A. ADAMS**
**County Attorney**

### COUNTY OF NASSAU
### OFFICE OF THE COUNTY ATTORNEY

July 6, 2023

<u>Via ECF</u>
Hon. James M. Wicks
United States District Court
100 Federal Plaza
Central Islip, New York 11722

   Re: *Henry v. County of Nassau, et al.,*
     Case No. 17-CV-6545 (GRB)(JMW) and
     *Fusco v. County of Nassau, et al.,*
     <u>Case No. 19-CV-04771 (ERK)(JMW)</u>

Your Honor:

   This office represents defendants in the two above-referenced actions. The purpose of this letter is to inform the Court and plaintiffs' counsel that the two proposed settlements, having been approved by the Finance and Rules Committees of the Nassau County Legislature on June 12, 2023, are scheduled to be heard before the full Legislature on August 7, 2023. I will write to the Court after August 7, 2023 to advise of the full Legislature's decision on the two settlements.

   As always, defendants thank Your Honor for your attention in this matter.

        Respectfully submitted,

        /s/  Ralph J. Reissman
        RALPH J. REISSMAN

cc: (Via ECF) Robert La Reddola, Esq.
  Attorney for Plaintiffs