**BRUCE A. BLAKEMAN**
County Executive



**THOMAS A. ADAMS**
County Attorney

## COUNTY OF NASSAU
## OFFICE OF THE COUNTY ATTORNEY

August 10, 2023

<u>Via ECF</u>
Hon. James M. Wicks
United States District Court
100 Federal Plaza
Central Islip, New York 11722

    Re:    *Henry v. County of Nassau, et al.,*
           Case No. 17-CV-6545 (GRB)(JMW) and
           *Fusco v. County of Nassau, et al.,*
           <u>Case No. 19-CV-04771 (ERK)(JMW)</u>

Your Honor:

    This office represents defendants in the two above-referenced actions. The purpose of this letter is to inform the Court that the two proposed settlements were approved by the full Nassau County Legislature on August 7, 2023. I must now await hard copies of the Resolutions in order to request payment from the Comptroller. I anticipate that it will take roughly 45 days for the processing of payment, at which time I will forward the settlement checks to plaintiff's counsel.

    As always, defendants thank Your Honor for your attention in this matter.

                                                      Respectfully submitted,

                                                      /s/  Ralph J. Reissman
                                                      RALPH J. REISSMAN

cc: (Via ECF) Robert La Reddola, Esq.
      Attorney for Plaintiffs