UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE　　　　DATE: 09/05/2023
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TIME: 3:30 PM
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　☐ SEALED PROCEEDING

**CIVIL CAUSE FOR STATUS CONFERENCE**
CASE: 2:17-cv-06545-GRB-JMW-Henry v. County of Nassau et al.
　　　　2:19-cv-04771-EK-JMW-Fusco v. County of Nassau et al.

APPEARANCES:

　　For Plaintiff:　　　Robert James La Reddola

　　For Defendant:　　Ralph J. Reissman

Court Reporter/FTR:　　3:35-3:40 (Video)

**THE FOLLOWING RULINGS WERE MADE:**

☒　Status Conference held in both cases. Defendants advised that they are in the process of submitting hard copies of the Nassau County Legislature's resolution that approved the settlements to the County Comptroller for payment. The parties expect payment to be made within the next 45 days. Accordingly, the parties are to file an executed stipulation of dismissal on or before **October 20, 2023**.

THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.

　　　　　　　　　　　　　　　　　　　　SO ORDERED
　　　　　　　　　　　　　　　　　　　　/s/ *James M. Wicks*
　　　　　　　　　　　　　　　　　　　　JAMES M. WICKS
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge