| BRUCE A. BLAKEMAN | | THOMAS A. ADAMS |
|---|---|---|
| County Executive |  | County Attorney |

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**

October 19, 2023

Via ECF
Honorable James M. Wicks
United States District Court, Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re.:    Henry v. County of Nassau, et al..
             17-CV-06545 (GRB)((JMW)

Dear Magistrate Judge Wicks:

    This office represents defendants in the above-referenced action. I am pleased to report that the parties have settled this action. The Stipulation of Dismissal was filed today on ECF as Docket Entry 102.

    As always, defendants thank Your Honor for your attention and consideration in this matter.

                                                 /s/ Ralph J. Reissman
                                               RALPH J. REISSMAN
                                               Deputy County Attorney

cc:  Robert J. La Reddola, Esq., Attorney for Plaintiff