# EXHIBIT A

**FILED
CLERK**

1:18 pm, Oct 20, 2023

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LAMBERT HENRY,

               Plaintiff,

    -against-

COUNTY OF NASSAU and NASSAU COUNTY
POLICE DEPARTMENT, former Acting
Commissioner THOMAS KRUMPTER,
Commissioner PATRICK RYDER, Lieutenant
MARC TIMPANO, Sergeant ADAM FISCHER,
Deputy Sheriff STEPHEN TRIANO, Deputy
Sheriff JEFFREY KUCHEK, Deputy Sheriff
MARK SIMON and Deputy Sheriff
JEFFREY TOSCANO,

               Defendants.
------------------------------------------------------------X

17-CV-06545 (GRB)(JMW)

**STIPULATION AND
ORDER OF DISMISSAL**

    **IT IS HEREBY STIPULATED, CONSENTED AND AGREED**, by and between the undersigned, counsel for Plaintiff Lambert Herny, and counsel for the Nassau County Police Department, Thomas Krumpter, Patrick Ryder, Marc Timpano, Adam Fischer, Stephen Triano, Jeffrey Kuchek, Mark Simon and Peter Toscano (s/h/i as "Jeffrey Toscano) and the County of Nassau, the parties in the within action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, that the above-entitled action is dismissed with prejudice, pursuant to the terms of the parties' Settlement Agreement and Release.

Dated: April 2, 2023

ATTORNEYS FOR PLAINTIFF

LAW OFFICES OF LA REDDOLA LESTER & ASSOCIATES, LLP

By: _____
    ROBERT J. LA REDDOLA, ESQ.
600 Old Country Road, Suite 230
Garden City, New York 11530
(516) 357-0056

ORDER

Dated: 10/20/2023
So Ordered. The Clerk of the Court
is directed to close this case.
*/s/ Gary R. Brown*
GARY R. BROWN, U.S.D.J.

10

ATTORNEYS FOR DEFENDANTS

THOMAS A. ADAMS, Nassau County Attorney

By: _____
Ralph J. Reissman, Deputy County Attorney
1 West Street
Mineola, New York 11501
(516) 571-3046